IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 10 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                           CASE NO. 4:23CV 336-JM

97 NATIONAL FIREARMS ACT REGULATED
WEAPONS SEIZED FROM THE POSSESION
OF EUGENE REED ON NOVEMBER 1, 2022                                         DEFENDANTS

### VERIFIED COMPLAINT *IN REM*

The United States of America, by Jonathan D. Ross, the United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorneys Cameron C. McCree and Amanda Jegley, for its verified complaint *in rem* against the above-described property, states:

### NATURE OF THE ACTION

1. This is an action to forfeit to the United States 97 weapons that are regulated by the National Firearms Act ("NFA")[1] and that are more particularly described in Exhibit 1 (collectively "the Defendant NFA-Regulated Weapons").

2. This action is governed by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action under Title 28, United States Code, Sections 1345 and 1355(a).

4. This Court has *in rem* personal jurisdiction over the Defendant NFA-Regulated Weapons under Title 28, United States Code, Section 1355(b).

5. Venue is proper in the Eastern District of Arkansas under Title 28, United States

---

[1] The NFA is codified at Title 26, United States Code, Section 5801 to 5872.

This case assigned to District Judge _Moody_
and to Magistrate Judge _Cruen_

1

Code, Sections 1355(b)(1) and 1395 because the offense giving rise to the forfeiture occurred in this District.

## BASIS FOR FORFEITURE

6. The Defendant NFA-Regulated Weapons were involved in a violation of Title 26, United States Code, Section 5861(d) and, therefore, are subject to forfeiture under Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461.

## FACTS

7. On October 31, 2022, the Sherwood Police Department responded to 4681 Holley Ridge Cove in Sherwood, Arkansas to serve an arrest warrant on Eugene Reed.

8. Upon information and belief, at that time, 4681 Holley Ridge Cove was the residence of Eugene Reed and his wife, Donna Reed.

9. They were met by an individual who was later identified as Eugene Reed.

10. One of the responding officers told Eugene Reed that the officer had a warrant for Reed, and Reed denied that the officers had a warrant.

11. Eugene Reed then pulled a handgun out of his shoulder holster and pointed it at the officers and told them not to come any further.

12. Eugene Reed informed law enforcement that he would use violence if law enforcement attempted to enter his residence.

13. Previously, Eugene Reed has told various law enforcement that he had Browning automatic rifles, Lewis guns, MP5s, M16s, 27 pounds of Semetex, and ammunition to supply all his weapons.

14. Eugene Reed also told law enforcement that he has been trained in weapons and that he has access to night vision and body armor and threatened to kill any law enforcement with

whom he comes into contact.

15. Law enforcement returned to Reed's residence, and a standoff ensued.

16. In the early morning hours of November 1, 2022, Reed was killed by law enforcement after he exchanged gun fire with authorities.

17. The Sherwood Police Department obtained a search warrant for 4681 Holley Ridge Cove.

18. During the execution of the warrant, authorities uncovered, among other things, Defendant NFA-Regulated Weapons.

19. Each of the Defendant NFA-Regulated Weapons was in the possession of Eugene Reed before his death.

20. Upon information and belief, Eugene Reed knew that he was in possession of each of the Defendant NFA-Regulated Weapons.

21. Upon information and belief, Eugene Reed knew of the characteristics of each of Defendant NFA-Regulated Weapon that made the firearm subject to the NFA.

22. Each of the Defendant NFA-Regulated Weapons can be operated or readily assembled to operating condition.

23. After a diligent search, the United States has no reason to believe that any of the Defendant NFA-Regulated Weapons was registered to Eugene Reed in the National Firearm Registration and Transaction Record at time Eugene Reed had the NFA-Regulated Weapons in his possession

24. The Defendant NFA-Regulated Weapons are subject to forfeiture to the United States because they were illegally possessed by Eugene Reed.

WHEREFORE, the United States prays that the Court issue an arrest warrant *in rem* as

provided by Supplemental Rule G(3)(b), which the United States will execute on the Defendant NFA-Regulated Weapons as provided by Title 28, United States Code, Section 1355(d) and Supplemental Rule G(3)(c); order the Defendant NFA-Regulated Weapons forfeited to the United States; and award all other proper relief.

JONATHAN D. ROSS
United States Attorney

By: *[signature]*
CAMERON C. McCREE (2007148)
AMANDA JEGLEY (2010045)
Assistant U. S. Attorneys
P. O. Box 1229
Little Rock, Arkansas 72203
(501)340-2600
Cameron.McCree@usdoj.gov
Amanda.Jegley@usdoj.gov

## VERIFICATION

I, Warren H. Newman, verify and declare under penalty of perjury that (1) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives; (2) I have read this verified complaint *in rem* and know its contents; and (3) the matters contained in this verified complaint *in rem* are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are (1) my participation in this investigation, (2) information learned from oral and written reports prepared by other law enforcement officers, and (3) review of physical evidence.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and research.

Dated: April 10, 2023.

_____
WARREN H. NEWMAN, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

# EXHIBIT 1
## (DESCRIPTION OF DEFENDANT PROPERTY)

| DEFENDANT NUMBER | DESCRIPTION OF NFA-REGULATED WEAPON |
|---|---|
| Defendant 1 (ATF Item Number 1) | David Petersoli, Model HOWDAH, Unknown Type, 45/.410 caliber, Serial Number: HA00387 |
| Defendant 2 (ATF Item Number 2) | Vector Arms Inc, Unknown Model, UZI Type Machine Gun, ZZ Caliber, Serial Number: MC06593 |
| Defendant 3 (ATF Item Number 3) | Harrington and Richardson, Model Handy-Gun, Unknown Type, .410 Caliber, Serial Number: 39443 |
| Defendant 4 (ATF Item Number 4) | Unknown Manufacturer, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: None |
| Defendant 5 (ATF Item Number 5) | Unknown Manufacturer, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: None |
| Defendant 6 (ATF Item Number 6) | Norinco (North China Industries Corp.), Model MAC -90, Machine Gun, ZZ Caliber, Serial Number: 29013498 |
| Defendant 7 (ATF Item Number 7) | Diamondhead USA, Model DH-15, Pistol, .556 Caliber. Serial Number: 324 |
| Defendant 8 (ATF Item Number 8) | Heckler and Koch, Model HK93, Machine Gun, ZZ Caliber, Serial Number: A128076 |
| Defendant 9 (ATF Item Number 9) | Colt, Model AR15, Machine Gun, .223 Caliber, Serial Number: SP89448 |
| Defendant 10 (ATF Item Number 10) | Federal Laboratories, Model & Type Tear Gas Launcher, ZZ Caliber, Serial Number: 2574 |
| Defendant 11 (ATF Item Number 11) | Ruger, Model 10/22, Short Barrel Rifle, .22 Caliber, Serial Number: 235-84794 (with unregistered suppressor) |
| Defendant 12 (ATF Item Number 12) | Unknown Manufacturer ("Cane Gun"), Unknown Model, Unknown Type, ZZ Caliber, Serial Number: None |

| | |
|---|---|
| Defendant 13 (ATF Item Number (13) | Ruger, Model 10/22, Machine Gun, .22 Caliber, Serial Number: 257-73877 |
| Defendant 14 (ATF Item Number 14) | Colt, Model AR15-SP1, Machine Gun, .223 Caliber, Serial Number: SP89355 |
| Defendant 15 (ATF Item Number 15) | Colt, Model 9MM Carbine, Machine Gun, .9 Caliber, Serial Number: TA12648 |
| Defendant 16 (ATF Item Number 16) | Steyr, Model MP34, Machine Gun, ZZ Caliber, Serial Number: 4742 |
| Defendant 17 (ATF Item Number 17) | Unknown Manufacturer, Model M31, Machine Gun, 9x19 Caliber, Serial Number: Y001420 |
| Defendant 18 (ATF Item Number 18) | FM (Fabrica Militar Fray Luis Beltran), Model FMK3, Machine Gun, ZZ Caliber, Serial Number: X00851 |
| Defendant 19 (ATF Item Number 19) | Remington Arms Company Inc., Unknown Model, Short Barrel Shotgun, .20-gauge Caliber, Serial Number: B05431 |
| Defendant 20 (ATF Item Number 21) | Pac West Arms, Model Commando, Machine Gun, .223 Caliber, Serial Number: 30930 |
| Defendant 21 (ATF Item Number 23) | Colt, Model AR15-SP1, Machine Gun, .223 Caliber, Serial Number: SP182192 |
| Defendant 22 (ATF Item Number 24) | Heckler and Koch, Model HK93, Machine Gun, ZZ Caliber, Serial Number: A127544 |
| Defendant 23 (ATF Item Number 25) | Bushmaster Firearms, Model XM15-E2S, Machine Gun, .223 Caliber, Serial Number BFl509513 |
| Defendant 24 (ATF Item Number 26) | Lanchester, Model MK1. Machine Gun, 9mm Caliber, Serial Number: 19522A |
| Defendant 25 (ATF Item Number 27) | Springfield Armory Geneseo IL, Model M2, Machine Gun, ZZ Caliber, Serial Number: 1718053 |
| Defendant 26 (ATF Item Number 28) | Beretta Pietro S.P.A., Model 38/42, Machine Gun, .9 Caliber, Serial Number: 8411 |
| Defendant 27 (ATF Item Number 29) | Hellenic Arms Industry EBO, Model SAR-8, Machine Gun, ZZ Caliber, Serial Number: 8083 |

| | |
|---|---|
| Defendant 28 (ATF Item Number 31) | Norinco (North China Industries Corp.), Model NAR-556, Machine Gun, .556 Caliber, Serial Number: 309245 |
| Defendant 29 (ATF Item Number 32) | Bushmaster Firearms, Model XM15-E2S, Machine Gun, .223 Caliber, Serial Number: L053572 |
| Defendant 30 (ATF Item Number 33) | Colt, Model AR15-SP1, Machine Gun, .223 Caliber, Serial Number: SP175596 |
| Defendant 31 (ATF Item Number 34) | Auto Ordnance West Hurley NY, Model Thompson M1, Machine Gun, .45 Caliber, Serial Number: KC3749 |
| Defendant 32 (ATF Item Number 35) | Heckler and Koch, Model MP5K, Machine Gun, .9 Caliber, Serial Number: 21-24542 |
| Defendant 33 (ATF Item Number 36) | Unknown Manufacturer, Unknown Model, Black Silencer W/No Markings, Serial Number: None |
| Defendant 34 (ATF Item Number 37) | Colt, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: SP181061 |
| Defendant 35 (ATF Item Number 38) | Colt, Model AR15-SP1, Machine Gun, .223 Caliber, Serial Number: SP157351 |
| Defendant 36 (ATF Item Number 39) | Colt, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: SP65476 |
| Defendant 37 (ATF Item Number 40) | Springfield Armory Geneseo IL, Model M2, Machine Gun, ZZ Caliber, Serial Number: 6444643 |
| Defendant 38 (ATF Item Number 41) | Unknown Manufacturer, Model M14, Machine Gun, ZZ Caliber, Serial Number: 1509674 |
| Defendant 39 (ATF Item Number 42) | Ewbank Manufacturing, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: 300568 |
| Defendant 40 (ATF Item Number 43) | Anderson Manufacturing, MG42 type, Model AM-15, Rifle, Multi Caliber, Serial Number: 16400771 |
| Defendant 41 (ATF Item Number 44) | Romarm/Cugir, Model SAR-3, Rifle, .223 Caliber, Serial Number: S3099202002 |
| Defendant 42 (ATF Item Number 45) | Unknown Manufacturer, STEN-type, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: None |

| | |
|---|---|
| Defendant 43 (ATF Item Number 46) | LUSA USA LLC, MP5-type, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: SA00827 |
| Defendant 44 (ATF Item Number 47) | Bushmaster Firearms, Model XM15-E2S, Machine Gun, .223 Caliber, Serial Number: L378949 |
| Defendant 45 (ATF Item Number 48) | Polytechnologies, Model AKS, Rifle, .762 Caliber, Serial Number: CF-11490 |
| Defendant 46 (ATF Item Number 49) | Demro Products (Foxco Products), Model XF7, Rifle, .45 Caliber, Serial Number: 51842 |
| Defendant 47 (ATF Item Number 50) | Daewoo, Model AR-100, Machine Gun, ZZ Caliber, Serial Number: 522662 |
| Defendant 48 (ATF Item Number 51) | Colt, Model AR15-A2, Machine Gun, 9mm Caliber, Serial Number: GC003899 |
| Defendant 49 (ATF Item Number 52) | CMMG INC., Model MKG-45, Pistol, .45 Caliber, Serial Number: LAH03070 |
| Defendant 50 (ATF Item Number 53) | Eagle Gun Company, Model Mark II, Rifle, .45 Caliber, Serial Number: None |
| Defendant 51 (ATF Item Number 54) | Norinco (North China Industries Corp.), Model MAC-90, Machine Gun, ZZ Caliber, Serial Number: 27289 |
| Defendant 52 (ATF Item Number 55) | Brevettate Industria Armi, Unknown Model, Unknown Type, ZZ Caliber, Serial Number: 2797 |
| Defendant 53 (ATF Item Number 56) | Black Aces Tactical, Model Pro Series S, Weapon made from rifle/shotgun, 12 Gauge, Serial Number: PSS02925AA |
| Defendant 54 (ATF Item Number 57) | Inland Manufacturing LLC, Model M2, Rifle, ZZ Caliber, Serial Number: 3079098 |
| Defendant 55 (ATF Item Number 58) | Romarm/Cugir, Model SAR-1, Rifle, .762 Caliber, Serial Number: S1197592000 |
| Defendant 56 (ATF Item Number 59) | Norinco (North China Industries Corp.), Model 56, Machine Gun, .762 Caliber, Serial Number: 510189 |
| Defendant 57 (ATF Item Number 60) | Michaels Machines, Model MM21UE, Machine Gun, ZZ Caliber, Serial Number: BW0858 |

| | |
|---|---|
| Defendant 58 (ATF Item Number 61) | Unknown Manufacturer, STEN-type, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: 20239 |
| Defendant 59 (ATF Item Number 62) | Unknown Manufacturer, Model MP40, Machine Gun, ZZ Caliber, Serial Number: 6998 |
| Defendant 60 (ATF Item Number 63) | Unknown Manufacturer, STEN-type, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: None |
| Defendant 61 (ATF Item Number 64) | Israel Weapon Industries-IWI, Model Galil, Rifle, .308 Caliber, Serial Number: MR06766 |
| Defendant 62 (ATF Item Number 65) | IMBEL, Model FN/FAL, Rifle, ZZ Caliber, Serial Number: 134816 |
| Defendant 63 (ATF Item Number 66) | Wise Lite Arms Inc., Model KP44, Rifle, .9mm Caliber, Serial Number: WLA27-4512 |
| Defendant 64 (ATF Item Number 67) | Unknown Manufacturer. STEN-type, Model Unknown, Machine Gun, ZZ Caliber, Serial Number: None |
| Defendant 65 (ATF Item Number 68) | Saginaw Steering Gear. Model M1 US Carbine, Machine Gun, .30 Caliber, Serial Number: 3353550 |
| Defendant 66 (ATF Item Number 69) | Harrington and Richardson, Model M14, Machine Gun, ZZ Caliber, Serial Number: 1577650 |
| Defendant 67 (ATF Item Number 70) | Bushmaster Firearms, Unknown Model, Rifle, 5.56 Caliber, Serial Number: F01029 |
| Defendant 68 (ATF Item Number 71) | Vector Arms Inc., Unknown Model, Machine Gun, ZZ Caliber, Serial Number: 269 |
| Defendant 69 (ATF Item Number 72) | Johnson Automatics Inc., Model 1941, Rifle, 30-06 Caliber, Serial Number: P3611 |
| Defendant 70 (ATF Item Number 73) | Ohio Ordnance Works (ITM), Model AK74, Machine Gun, ZZ Caliber, Serial Number: 305911 |
| Defendant 71 (ATF Item Number 74) | Heckler and Koch, Model HK91, Rifle, .308 Caliber, Serial Number: A052327 |
| Defendant 72 (ATF Item Number 75) | Heckler and Koch. Model SP89, Pistol, .9 Caliber, Serial Number: 21-26744 |

| | |
|---|---|
| Defendant 73 (ATF Item Number 77) | Unknown Manufacturer, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: None |
| Defendant 74 (ATF Item Number 78) | Federal Laboratories, Unknown Model, Tear gas launcher, ZZ Caliber, Serial Number: 4510 |
| Defendant 75 (ATF Item Number 79) | MAC Uppers, Firearm Parts and accessories |
| Defendant 76 (ATF Item Number 80) | Unknown Manufacturer, Unknown Model, ZZ Caliber, Serial Number: 51864 |
| Defendant 77 (ATF Item Number 81) | Stinger MFG. Corp., Model Stinger Pengun, .22 Caliber, Serial Number: SPP00837 |
| Defendant78 (ATF Item Number 82) | Unknown Manufacturer, Unknown Model, Unknown Type, ZZ Caliber, Serial Number: None ("Pen Gun") |
| Defendant 79 (ATF Item Number 83) | Unknown Manufacturer, Unknown Model, Unknown Type, ZZ Caliber, Serial Number: None ("Pen Gun") |
| Defendant 80 (ATF Item Number 84) | Stinger MFG Corp., Stinger Pengun, .22 Caliber, Serial Number: None |
| Defendant 81 (ATF Item Number 85) | Browning, Unknown Model, Machine Gun, ZZ Caliber, Serial Number: 29012 (Browning Machine Rifle with unknown trigger group) |
| Defendant 82 (ATF Item Number 98) | Knights Armament Co., Model USP45T, Silencer, .45 Caliber, Serial Number: USP033 |
| Defendant 83 (ATF Item Number 108) | Ruger, Model 10/22, Rifle, .22 Caliber, Serial Number: 239-46000 |
| Defendant 84 (ATF Item Number 110) | Ruger, Model Mark II Target, Pistol, .22 Caliber, Serial Number: 221-28467 |
| Defendant 85 (ATF Item Number 111) | Ruger, Model Mark III, Pistol, .22 Caliber, Serial Number: 271-85552 |
| Defendant 86 (ATF Item Number 112) | Ruger, Model Mark III Target, Pistol, .22 Caliber, Serial Number: 273-50394 |
| Defendant 87 (ATF Item Number 114) | SWD, Unknown Model, Pistol, ZZ Caliber, Serial Number: P181 |

| | |
|---|---|
| Defendant 88 (ATF Item Number 115) | Manufacturer None, Model None, 14 Unserialized Silencers, Caliber N/A, Serial Number: N/A (Unmarked and Unserialized Silencers) |
| Defendant 89 (ATF Item Number 119) | Russian, Model PPSH41, Machine Gun, .762 Caliber, Serial Number: 614089 |
| Defendant 90 (ATF Item Number 120) | Russian, Model PPSH41, Machine Gun, .762 Caliber, Serial Number: 030812 |
| Defendant 91 (ATF Item Number 121) | IZHMASH (IMEZ), Model SAIGA, Shotgun, .20 Caliber, Serial Number: H09590299 |
| Defendant 92 (ATF Item Number 123) | IZHMASH (IMEZ), Model SAIGA, Shotgun, 410 Caliber, Serial Number: H09200883L |
| Defendant 93 (ATF Item Number 124) | F.N. (FN Herstal), Model P90, Machine Gun, 5.7 Caliber, Serial Number: FN092127 |
| Defendant 94 (ATF Item Number 125) | Auto Ordnance West Hurley NY, Model Thompson M1, Machine Gun, .45 Caliber, Serial Number: 189411 |
| Defendant 95 (ATF Item Number 126) | Special Weapons, Model SW45, Rifle, .45 Caliber, Serial Number: 45-10-03-0079 |
| Defendant 96 (ATF Item Number 127) | Special Weapons, Model SW93, Rifle, ZZ Caliber, Serial Number: SAK 072 |
| Defendant 97 (ATF Item Number 128) | Special Weapons, Model SW5, Rifle, 9mm Caliber, Serial Number: SAK 063 |