IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                                        CASE NO. 4:23CV336 JM

97 NATIONAL FIREARMS ACT REGULATED
WEAPONS SEIZED FROM THE POSSESSION
OF EUGENE REED ON NOVEMBER 1, 2022                                                         DEFENDANTS

<u>ORDER OF FORFEITURE</u>

Pending before the Court is the United States of America's unopposed motion for an order (ECF No. 14). The Court has considered the motion and finds that it has merit. The motion is, therefore, GRANTED. The Court now finds and orders as follows:

1.    The United States has met its noticing obligations. All individuals who reasonably appear to be potential claimants were provided notice of this action through direct notice or publication as set out in the motion. *See* ECF No. 14 at 2.

2.    Donna Reed, as personal representative of the Estate of Eugene Reed, filed an administrative claim with Bureau of Alcohol, Tobacco, and Firearms ("ATF").

3.    The United States and Donna Reed, as personal representative of the Estate of Eugene Reed, reached a settlement agreement. *See* ECF No. 14 at 2.

4.    The firearms in Docket Entry 14-5 are dismissed from this action, and the Bureau of Alcohol Tobacco Firearms and Explosives ("ATF") is directed to return the property to Donna Reed, as personal representative of the estate of Eugene Reed ("Claimant").

5.    The firearms in Docket Entry 14-6 are dismissed from this action, and the ATF is directed to return the property to Claimant.

6.    The defendant firearms in Docket Entry 14-7 are forfeited. Title to the property is

vested in the United States and shall be disposed of according to law. All prior claims to those defendant firearms are extinguished and void.

  7.  Each party will bear its own fees, expenses, and costs.

  8.  The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

  9.  The clerk is directed to close the case.

IT IS SO ORDERED this 12th day of February 2024.

              _____
              JAMES M. MOODY, JR.
              UNITED STATES DISTRICT JUDGE